EMANUEL PINE, Respondent, v. FRANKIE LAINE, Appellant.—

Concur — Stevens, P. J., Capozzoli, Nunez, Kupferman and Steuer, JJ.